```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ STANLEY A. BOONE
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Building
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
 5 │
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KWAN YONG CHOI, | ORDER ON COMPLAINT FOR EXTRADITION<br><br>1: 06 MC 00023 DLB |

BEFORE ME, a United States Magistrate Sandra M. Snyder for the Eastern District of California, personally appeared Stanley A. Boone, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. §3184 sets forth facts on the basis of which I find probable cause to believe that KWAN YONG CHOI, should be apprehended and brought before this Court of the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and the Republic Of Korea.

I further find that KWAN YONG CHOI, would flee if he learned of the existence of the warrant, the complaint or this order.

IT IS THEREFORE ORDERED that a warrant for the arrest of

1 | KWAN YONG CHOI be issued and that the complaint, this order and
2 | the warrant be kept under the seal of the court until the person
3 | is arrested or otherwise ordered.

DATED: June 1, 2006

LAWRENCE J. O'NEILL
United States Magistrate Judge