```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```



FILED
JUN 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KWAN YONG CHOI, | 1:06-mc-0023<br>~~06: 06-MJ-00323 LJO~~<br><br>ORDER TO UNSEAL COMPLAINT AND WARRANT OF ARREST |

The extradition complaint and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the extradition complaint and warrant of arrest be unsealed and made public record.

DATED: 6/12/2006         _____
                          DENNIS L. BECK
                          United States Magistrate Judge