```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

JUN 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KWAN YONG CHOI, | 1:06-mc-0023<br>~~06: 06-MJ-00023-DLB~~<br><br>EXTRADITION CERTIFICATION AND ORDER OF COMMITMENT |

The Court received the Complaint in this matter filed on June 1, 2006, by Stanley A. Boone, Assistant United States Attorney for the United States, acting on behalf of the Government of the Republic of Korea pursuant to its request for the extradition of Kwan Yong Choi, and also received an affidavit executed by Kwan Yong Choi, witnessed by his attorney, Eric Kersten.

On June 13, 2006, the fugitive appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney. The Court addressed the fugitive through his interpreter and is satisfied that the fugitive was aware of his rights as set forth in the affidavit of waiver, and waived the knowingly and voluntarily.

In as much as the fugitive has conceded that he is extraditable on the charges for which the extradition was requested, and he has consented to a determination by this court

1

to that effect, and has further consented to remain in custody pending the arrival of agents from the requesting state to effect his transfer to the requesting state, the Court finds on the basis of the record herein and the representations of counsel and the fugitive that:

    1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

    2. the Court has personal jurisdiction over the fugitive and subject matter jurisdiction over the case;

    3. there is currently in force an extradition treaty between the United States and the Republic of Korea;

    4. the fugitive has been charged in the requesting state with Bodily Injury Resulting from Robbery, in violation of Article 337 of the Criminal Code of the Republic of Korea;

    5. these charges constitute extraditable offenses within the meaning of the extradition treaty between the United States and the Republic of Korea of June 9, 1998, which entered into force on December 20, 1999;

    6. the requesting state seeks the extradition of the fugitive for trial for the crime of Bodily Injury Resulting from Robbery, in violation of Article 337 of the Criminal Code of the Republic of Korea; and

    7. the fugitive does not contest that there is probable cause to believe that he committed the offenses for which extradition is sought.

    Based on the foregoing findings, the Court concludes that the fugitive is extraditable for each offense for which

1  extradition was requested, and certifies this finding to the
2  Secretary of State as required under Title 18, United States
3  Code, Section 3184.
4      IT IS THEREFORE ORDERED that a copy of this Certification of
5  Extraditability be delivered by the Clerk to the Assistant United
6  States Attorney for transition to the Secretary of State;
7      AND IT IS FURTHER ORDERED THAT Kwan Yong Choi be committed
8  to the custody of the United States Marshal for this District
9  pending final disposition of this matter by the Secretary of
10 State and the arrival of agents of the requesting state, at which
11 time the fugitive will be transferred to the agents of the
12 requesting state for return thereto.
13     ENTERED this  13th  day of June, 2006.

_____
DENNIS L. BECK
United States Magistrate Judge