McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

JUN 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE   )   1:06-mc-0023
EXTRADITION OF         )   06: 06-MJ-0023-DLB
                       )
                       )   ORDER
KWAN YONG CHOI,        )
                       )
                       )
_____)

The Court having reviewed the Complaint filed on June 1, 2006, by Stanley A. Boone, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of the United States, pursuant to the request of the Government of the Republic of Korea, for extradition of Kwan Yong Choi, and an affidavit of waiver executed by Kwan Yong Choi and witnessed by his attorney, Eric Kersten;

And, further the Court having been advised in open session that Kwan Yong Choi is a fugitive from the justice of the Government of the Republic of Korea; that he is aware that the Government of the Republic of Korea has filed charges against him and has issued a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the

1

1  United States and the Republic of Korea, and Title 18, United
2  States Code, § 3184 et seq.;
3      IT IS THEREFORE ORDERED that the United States Marshal for
4  the Eastern District of California shall deliver to the duly
5  authorized representatives of the Government of the Republic of
6  Korea  the person of Kwan Yong Choi  for the purpose of
7  transporting the said fugitive, and sought by the Government of
8  the Republic of Korea; and it is further
9      ORDERED that the transfer of physical custody of Kwan Yong
10 Choi shall be at such time and place as mutually agreed upon by
11 the United States Marshal for the Eastern District of California
12 and the duly authorized representative of the Republic of Korea.
13     The Clerk will forward copies of this Order and the executed
14 Affidavit of Waiver to the Department of State (to the attention
15 of the Legal Adviser) and to the Director, Office of
16 International Affairs, Criminal Division, Department of Justice,
17 Washington, D.C.
18     SO ORDERED, this  13th  day of June,  2006.

DENNIS L. BECK
United States Magistrate Judge

1  I hereby certify that on this 13th day of June, 2006
2  personally appeared before me, and he made oath in due form of
3  law that the statements herein are true.

                                    DENNIS L. BECK
                                    United States Magistrate Judge